IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELODY A. STOOPS, *pro se*<br>*Plaintiff,* | )<br>)<br>) | Case No. 3:14-cv-00172-KRG-KAP |
| vs. | )<br>) | |
| COMENITY BANK,<br>*Defendant.* | )<br>)<br>)<br>)<br>) | |

## NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

NOTICE IS HEREBY GIVEN that Plaintiff, MELODY A. STOOPS, pursuant to *Federal Rule of Civil Procedure* 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

Dated: ~~October~~ 21, 2014          By: ~~signature~~
Nov.                                      Melody A. Stoops, *pro se*
                                          Plaintiff

{00023027;1}