

**U.S. Department of Justice**
**United States Marshals Service**
**Western District of Pennsylvania**

700 Grant Street
Suite 2360
Pittsburgh, PA 15219

December 19, 2014

Melody Stoops
P.O. Box 42815
Flinton, PA  16640

*I have sent request for closure on both these cases. Thank you, Melody*

CASE # **CA-14-0173 JOHNSTOWN & CA-14-0172 JOHNSTOWN**

Dear Mr. /Ms. Stoops,

Our office is in receipt of an **Order, Summons and Complaint** for the above two cases. There seems to have been a mix up in the case numbers. I have entered the case numbers and names of defendants to be served on the above two cases to avoid any further confusion.  Please note that in the future if you have cases with Erie or Johnstown numbers you must identify them with an E or J.   Per court order please complete the enclosed U.S.M. 285(s) - for each of defendant(s)   **Professional Recovery Services Inc and Comenity Bank** and return it/them **as soon as possible**.   Please ensure that each form is completed with **proper and correct names and addresses (TO INCLUDE THE STREET AND STREET NUMBER OR POST OFFICE BOX NUMBER, THE CITY, THE STATE AND THE ZIP CODE**.  Facilities, Companies, and/or Individuals will not accept service for an unknown, John or Jane Doe.

If you fail to return the correct and completed enclosed form(s) we will be unable to complete service for you.  **If you do not correctly complete the form(s) it/they WILL be returned to you for completion causing a delay in the service of your case.**   A self-addressed envelope has been included for your convenience.

Sincerely,

STEVE FRANK
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

*Sheila Blessing*
By:  Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District of Pennsylvania